IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-230-BO

| | |
|---|---|
| SHIRLEY BELL and GREGORY WILLIAMS, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SAMPSON COUNTY SHERIFF'S ) <br> DEPARTMENT, et al., ) <br> Defendants. ) | ORDER |

This matter is before the Court following plaintiffs' failure to comply with a previous order. Plaintiffs originally filed suit on December 4, 2017. Their suit was deficient in several ways. On December 6, 2017, the Clerk of Court issued a Notice of Deficiency, instructing plaintiffs to correct the problems with their complaint. [DE 2]. Plaintiffs did not do so. On February 16, 2018, Magistrate Judge Jones entered an order granting plaintiffs 21 days to correct the deficiencies in their complaint, or their case would be dismissed. [DE 6]. Plaintiffs did not do so, and the deadline has passed. Accordingly, plaintiffs' case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

SO ORDERED, this __19__ day of June, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE